FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * Criminal Action No.: CBD-14-1952 |
| | * |
| JOHN MACDONALD JUNEK, | * |
| | * |
| Defendant. | * |

******

## ORDER

Before this Court is the Government's Motion for Pre-Trial Ruling Affirming the Meaning of Statutory Language (the "Motion") (ECF No. 31). The Court has reviewed the Motion, related memoranda, and applicable law. No hearing is deemed necessary. *See* Local Rule 105.6 (D. Md.). For the reasons set forth in the accompanying Memorandum Opinion, on this 3rd day of December, 2015, the Court **DENIES** the Motion and rules that the Unattended Child Statute has a knowledge or intent *mens rea* element.

/s/
Charles B. Day
United States Magistrate Judge

CBD/yv